PROB 35
(Rev. 6/17)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 JAN 28 PM 3:59

CLERK J. Hodge
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA

v.

Steven Marquise Crawford

Crim. No. 1:12CR00239-004

On April 27, 2015, the above named was placed on supervised release for a period of five years. He has complied with the rules and regulations and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

J. Baylan Thomas
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 28th day of January, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA